# Federal Habeas Request For Ruling

FILED
2007 DEC 31 A 8:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Name: Ristau, Steven Allan
Address: 1150 Francisco Ave. #2
San Jose, CA 95126
(408) 216-9619

CDC or ID Number T75988

## United States District Court
## Northern District of California

**Steve Allan Ristau**                    **Request for Ruling and Attorney Appointed**

Vs.                                        No. C 07-05489 HRL JF

**State of California**

---

**The petition concerns:** Request For Ruling

**Date Petition was filed:** October 29, 2007
**Date the Notice is being filed:** December 29, 2007
Petitioner has not received a ruling. It has been 60 days. Petitioner **request for a ruling** and an **Order to Show Cause** be granted. **Request for motion to have an attorney appointed.**

I, the undersigned, say: I am the petitioner in this action, I declare under penalty of perjury under the laws of the State of California that foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as those matters, I believe them to be true.

Date: 12/29/07                               _Steven Allen Ristau_
                                              Steven Allan Ristau