NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. RISTAU, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> STATE OF CALIFORNIA, ) <br> ) <br> Respondent. ) <br> ) | No. C 07-05489 JF (PR) <br><br> ORDER OF DISMISSAL |

Petitioner, proceeding pro se, filed a petitioner for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction. Per order filed on April 10, 2008, the Court dismissed the petition with leave to amend. The Court could not fairly evaluate the petition because it was not on the Court's habeas form. On June 30, 2008, the Court granted Petitioner an additional thirty days to file an amended petition, i.e., no later than July 30, 2008. (Docket No. 5.) The Court advised Petitioner that failure to file an amended petition in the time provided would result in the dismissal of the action without further notice to Petitioner.

The deadline has since passed, and Petitioner has not filed an amended petition. Accordingly, the action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 8/19/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.07\Ristau489_dismissal.wpd