**United States District Court**

For the Northern District of California

1

2

3

4

5                    NOT FOR CITATION

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    STEVEN A. RISTAU,                    )
                                          )          No. C 07-05489 JF (PR)
10                   Petitioner,          )
                                          )          JUDGMENT
11        vs.                             )
                                          )
12   STATE OF CALIFORNIA,                 )
                                          )
13                   Respondent.          )
                                          )
14   _____ )

15

16        For the reasons stated on the order of dismissal, this action is dismissed

17   without prejudice. Judgment is entered accordingly.

18        The clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED:   8/19/08
                                          _____
21                                        JEREMY FOGEL
                                          United States District Judge

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.07\Ristau489_judgment.wpd